

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00451-CV

**IN RE** Francisco Moises **GARZA** III

Original Proceeding[1]

**ORDER**

On July 21, 2022, relator filed a petition for writ of mandamus. After considering the petition, real party in interest's response, relator's reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 21, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CI12544, styled *In the Interest of C.R.G.P., a Minor Child*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.